# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HASKELL,<br><br>  Plaintiff,<br><br>  v.<br><br>GIBSON, *et al.*,<br><br>  Defendants. | Case No. 1:21-cv-01184-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AND REQUEST TO SUBMIT AMENDED COMPLAINT AS A MOTION FOR EXTENSION OF TIME<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO SCREENING ORDER<br><br>(ECF No. 6)<br><br>**THIRTY (30) DAY DEADLINE**<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE SEPTEMBER 8, 2021 SCREENING ORDER |

Plaintiff Maurice Haskell ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 8, 2021, the Court issued a screening order granting Plaintiff leave to file an amended complaint and requiring Plaintiff to explain why he failed to exhaust his administrative remedies, within thirty (30) days. (ECF No. 5.) On September 24, 2021, Plaintiff submitted a notice of change of address which included a request to submit an amended complaint. (ECF No. 6.)

1

As it appears Plaintiff had not yet received the Court's screening order when he filed his notice of change of address, the Court construes the filing as a motion for extension of time to respond to the Court's screening order. The Court finds good cause to grant the requested extension of time and will direct the Clerk of the Court to re-serve the Court's screening order on Plaintiff at his new address.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's notice of change of address, (ECF No. 6), is construed as a motion for extension of time;
2. Plaintiff's motion for extension of time to respond to screening order, (ECF No. 6), is GRANTED;
3. The Clerk's Office shall send Plaintiff:
   a. A complaint form; and
   b. A copy of the Court's September 8, 2021 screening order, (ECF No. 5);
4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a first amended complaint curing the deficiencies identified by the Court's September 8, 2021 screening order and explaining his failure to exhaust administrative remedies (or file a notice of voluntary dismissal); and
5. **If Plaintiff fails to file a first amended complaint in compliance with the Court's September 8, 2021 screening order, the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim**.

IT IS SO ORDERED.

   Dated:   **September 28, 2021**          /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE