UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HASKELL,<br><br>    Plaintiff,<br><br>    v.<br><br>GIBSON, *et al.*,<br><br>    Defendants. | No. 1:21-cv-01184-NONE-BAM (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE DUE TO PLAINTIFF'S FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES</u><br><br>(Doc. No. 10) |

    Plaintiff Maurice Haskell is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On September 8, 2021, the assigned magistrate judge screened the complaint and issued an order granting plaintiff leave to file an amended complaint and requiring plaintiff to explain why he failed to exhaust his administrative remedies prior to filing suit as is required. (Doc. No. 5.) Following the granting of an extension of time, plaintiff filed a first amended complaint on September 30, 2021. (Doc. No. 8.)

    On October 28, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to exhaust his administrative remedies prior to filing this action. (Doc. No. 10.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 6.) No objections have been filed, and

the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 28, 2021, (Doc. No. 10), are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to exhaust administrative remedies prior to filing suit as required; and
3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **December 7, 2021**

UNITED STATES DISTRICT JUDGE